# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 188 WAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 256 WDA |
| | : | 2020 entered on May 20, 2021, |
| MICHAEL CHITTESTER, | : | **affirming** the Judgment of Sentence |
| | : | of the Elk/Cameron County Court of |
| Petitioner | : | Common Pleas at No. CP-24-CR- |
| | : | 0000053-2019 entered on |
| | : | December 12, 2019 |

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 189 WAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 257 WDA |
| | : | 2020 entered on May 20, 2021, |
| MICHAEL CHITTESTER, | : | **affirming** the Judgment of Sentence |
| | : | of the Elk/Cameron County Court of |
| Petitioner | : | Common Pleas at No. CP-24-CR- |
| | : | 0000449-2018 entered on |
| | : | December 12, 2019 |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of August, 2022, the Petition for Allowance of Appeal is **GRANTED.** We **VACATE** the decision of the Superior Court and **REMAND** for the Superior Court to apply *Commonwealth v. Thorne*, 276 A.3d 1192 (Pa. 2022).